UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANGEL ROSARIO and REYMAN SOSA,

                                         Plaintiffs,                      Docket No: 13CV2594

           - against -                                   (KMK)

FRANCESCO AUTO BODY SHOP, INC. and FRANK        STIPULATION
COLAIACOVO,                                                 **EXTENDING TIME**

                                          Defendants.
-----------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Defendants FRANCESCO AUTO BODY SHOP, INC. and FRANK COLAIACOVO to respond to the Summons and Complaint herein be, and same hereby is extended to and including the 7th day of June 2013.

Dated: Woodbury, New York
         May 9, 2013

IMBESI CHRISTENSEN                          MILBER MAKRIS PLOUSADIS
                                                               & SEIDEN, L.L.P.
BY: _____                BY: _____
      Jeanne Christensen, Esq.                               Elizabeth R. Gorman
Attorney for Plaintiffs                                Attorney for Defendants
450 Seventh Avenue, Suite 3002                 FRANCESCO AUTO BODY SHOP, INC.
New York, New York 10123                      and FRANK COLAIACOVO
(212) 736-5588                                          1000 Woodbury Road, Suite 402
jchristensen@lawicm.com. Email                Woodbury, New York 11797
                                                                 (516) 712-4000
SO ORDERED:                                        (516) 712-4013
                                                                 File No: 420-9667

_____
U.S.D.J. Kenneth H. Karas

Date 5/13/13